**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MAURICE BRISTER,

                Plaintiff,

   -against-                                                      25 **CIVIL** 4742 (KMW)

                                                                                **JUDGMENT**

NEW YORK CITY,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 25, 2025, the Court has dismissed Plaintiff's claims for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

       September 26, 2025

                                                           **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                           **BY:**                K. Mango
                                                            **Deputy Clerk**